UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREGORY LANDING,

    Plaintiff,

v.                                          Case No. 6:22-cv-1695-PGB-LHP

L3HARRIS TECHNOLOGIES, INC.,

    Defendant.
_____/

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Gregory Landing, Plaintiff
    Tanesha Walls Blye, Counsel for Plaintiff
    Juliana Velasquez Cortes, Counsel for Plaintiff
    Ruben Martin Saenz, Counsel for Plaintiff
    Saenz & Anderson, PLLC, Law Firm for Plaintiff
    L3Harris Technologies, Inc., Defendant
    Jeffrey E. Mandel, Counsel for Defendant
    Justin W. McConnell, Counsel for Defendant
    Fisher & Phillips LLP, Law Firm for Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee, the 20 largest unsecured creditors):

    None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    Defendant disputes that there is any person eligible for restitution in this case but discloses that Plaintiff Gregory Landing purports to be eligible for restitution to the extent the allegations in the Complaint are proven.

5. Check one of the following:

__X__ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

_____ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

    s/ Justin W. McConnell
    Jeffrey E. Mandel, Esq.
    Florida Bar No.: 613126
    Email: jmandel@fisherphillips.com
    Justin W. McConnell, Esq.
    Florida Bar No.: 112631
    Email: jmcconnell@fisherphillips.com

FISHER & PHILLIPS LLP<br>
200 South Orange Avenue, Suite 1100<br>
Orlando, FL 32801<br>
Telephone: (407) 541-0850<br>
Facsimile: (407) 541-0887<br>
Counsel for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 24, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to: Counsel for Plaintiff, Tanesha Walls Blye, Juliana Velasquez Cortes, Ruben Martin Saenz, Saenz & Anderson, PLLC, 20900 NE 30th Avenue, Suite 800 Aventura, FL 33180.

s/ Justin W. McConnell<br>
Justin W. McConnell