EEOC Form 5 (11/09)

2022312**  VH   RECEIVED

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| X | FEPA | |
| X | EEOC | 1 SEP 22  PM 1:52 |

**Florida Commission On Human Relations** and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Gregory Landing | (773) 306-8340 | ▮▮▮ |

| Street Address | City, State and ZIP Code |
|---|---|
| 228 Country Club Dr, Melbourne, FL 32940 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.  (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| L3 Harris Technologies Inc. | 15+ | (321) 727-9100 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1025 W. NASA Boulevard, Melbourne, FL 32919 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | | | | |
|---|---|---|---|---|
| ☐ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
| X RETALIATION | ☐ AGE | X DISABILITY | ☐ GENETIC INFORMATION | |
| X OTHER (Specify) | **Associational disability** | | | |

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 09/03/2020   Latest: 04/21/2021

X CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Statement of Harm:**

L3 Harris Technologies Inc., ("L3") discriminated against me due to my disability and my association to my disabled mother.

I utilized protected medical leave to care for my disabled mother and then for bereavement.  Shortly after my return from protected leave, L3 placed me on a PIP citing attendance as the sole issue.  Clearly, this PIP was in retaliation for my protected leave.

I escalated my concerns regarding the unlawful PIP.  Nicole (Human Resources) admitted that the PIP was impermissible as it was on protected absences and stated that I was not permitted to use any sick days.  Nicole also stated that Paul (General Lead Supervisor) failed to follow proper procedure for assigning a PIP – further demonstrating his discriminatory and retaliatory animus.  However, L3 failed to take any remedial action regarding Paul.

Continued on page 2

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 09 / 20 / 2021 _____ _Signature_ | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

EXHIBIT A

Doc ID: cd3783f00f1be06b6730820a538428921a5c7785

EEOC Form 5 (11/09)

<table>
<tr><td colspan="2">CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.</td><td>Charge Presented To:<br>[X] FEPA<br>[X] EEOC</td><td>Agency(ies) Charge No(s):</td></tr>
<tr><td colspan="2">Florida Commission On Human Relations<br>State or local Agency, if any</td><td colspan="2">and EEOC</td></tr>
</table>

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**Continued from page 1**

Then, I required surgery for my disability ▮▮▮▮▮▮ Shortly after I returned from leave, Paul again baselessly issued me a write up for an outage that a different employee working on a different shift caused. The following week, I met with Jessica (Supervisor) and Paul regarding the write up. I disputed the obviously discriminatory and retaliatory write up to no avail. At the end of the week, L3 removed me from the project to further discriminate and retaliate against me.

I began searching for another position in the company per protocol. To further discriminate and retaliate against me, L3 required me to report physically to work despite the fact that my counterparts worked remotely. There was no legitimate reason to require me to report physically to the office. Additionally, L3 required me to work every Friday while all of my counterparts had every other Friday off. Then, L3 terminated me under the pretext of performance.

This reason is clearly pretextual. First, L3 failed to identify any metrics regarding the supposed reason for termination. L3's inability to provide any facts to support its reason for termination demonstrates that it is pretextual. Also, L3 failed to take proper progressive discipline, further demonstrating that the reason is false. The only supposed issues that L3 raised were my protected leave, and an outage caused by a different employee on a different shift – neither of which are legitimate reasons for reprimand. Furthermore, the temporal proximity between my need for the reasonable accommodation of medical leave for my disability and the sudden adverse actions, combined with L3's pattern of baseless discipline following protected activity, demonstrates that the termination is discriminatory and retaliatory.

A person with a disability is defined as:

1. A person with a physical or mental impairment that substantially limits one or more major life activities; or
2. A person with a record of such a physical or mental impairment; or
3. A person who is regarded as having such an impairment.

I qualify as a person with a disability as defined by one or more of the above.

**Statement of Discrimination:** I believe I have been discriminated against because of my disability in violation of Title I of the Americans with Disabilities Act of 1990 and the Florida Civil Rights Act of 1992.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

09 / 20 / 2021    Date    Charging Party Signature

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

Doc ID: cd3783f00f1be06b6730820a538428921a5c7785