
**Ron DeSantis**
*Governor*

## State of Florida
## Florida Commission on Human Relations
*An Equal Opportunity Employer • Affirmative Action Employer*
4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX : (850) 487-1007
http://fchr.state.fl.us
*United in One Goal: Equal Opportunity and Mutual Respect*


**Darrick McGhee**
*Chair*
**Cheyanne Costilla**
*Executive Director*

FCHR No. 202231286
EEOC No. 15D202100898

Gregory Landing                                      **COMPLAINANT**
c/o Zane Herman, Esquire
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609

L3 Harris Technologies, Inc.                         **RESPONDENT**
c/o Lisa Abram, Esquire
1025 W. NASA Blvd., A-11G
Melbourne, FL 32919

### DETERMINATION: NO REASONABLE CAUSE

Complainant filed a complaint of discrimination with the Florida Commission on Human Relations (Commission) alleging that Respondent committed unlawful discrimination on the bases of disability and retaliation, in violation of the Florida Civil Rights Act of 1992. As required in Rule 60Y-5.004(1), Florida Administrative Code (F.A.C.), the Commission's Office of Employment Investigations completed an investigation of this matter, which is reported in the Investigative Memorandum. The Commission's Office of General Counsel reviewed all available evidence and the Investigative Memorandum, and made a recommendation to me, as Executive Director of the Commission, that it is unlikely that unlawful discrimination occurred in this matter.

Pursuant to the authority delegated to me in Rule 60Y-5.004(3), F.A.C., I accept the Office of General Counsel's recommendation and issue this Determination: No Reasonable Cause. Based upon this determination, the Clerk shall serve both the Determination and the attached Notice of Determination upon the parties.

_____                           Dated: __March 18__, 20__22__
Cheyanne Costilla,
Executive Director

**COMMISSIONERS**

| Monica Cepero | Libby Farmer | Mario Garza | Dawn Hanson |
| --- | --- | --- | --- |
| *Fort Lauderdale* | *Tallahassee* | *Lakewood Ranch* | *Tallahassee* |
| Larry Hart | Darrick McGhee *Chair* | Kenyetta Mullins Moyé | Vivian Myrtetus |
| *Fort Myers* | *Tallahassee* | *Tallahassee* | *Miami* |
| Pamela Payne | Jay Pichard | Angela Primiano *Vice Chair* | |
| *Jacksonville* | *Tallahassee* | *Hollywood* | |

EXHIBIT B