

**Ron DeSantis**
*Governor*

## State of Florida
## Florida Commission on Human Relations

*An Equal Opportunity Employer • Affirmative Action Employer*

4075 Esplanade Way • Room 110 • Tallahassee, Florida 32399-7020
(850) 488-7082 / FAX : (850) 487-1007
http://fchr.state.fl.us
*United in One Goal: Equal Opportunity and Mutual Respect*



**Darrick McGhee**
*Chair*
**Cheyanne Costilla**
*Executive Director*

FCHR No. 202231286
EEOC No. 15D202100898

Gregory Landing                               **COMPLAINANT**
c/o Zane Herman, Esquire
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609

L3 Harris Technologies, Inc.                  **RESPONDENT**
c/o Lisa Abram, Esquire
1025 W. NASA Blvd., A-11G
Melbourne, FL 32919

### NOTICE OF DETERMINATION: NO REASONABLE CAUSE

The Florida Commission on Human Relations has determined that there is no reasonable cause to believe that an unlawful practice occurred. A copy of the determination is attached.

Complainant may request an administrative hearing with the Division of Administrative Hearings by filing a Petition for Relief within 35 days of the date the determination was signed by the Executive Director. A blank Petition for Relief form is enclosed with Complainant's notice. It may be beneficial for Complainant to seek assistance from legal counsel prior to filing the petition. This determination of no reasonable cause will become final if Complainant does not file a Petition for Relief within 35 days, and the Commission will dismiss the complaint.

The parties named in the determination may inspect the records and documents, in the custody of the Commission, which pertain to the determination. Please contact the Commission's Customer Service Office if you wish to request copies.

I HEREBY CERTIFY that a copy of the foregoing Notice of Determination was mailed to the above-named addressees this __18th__ day of __March_____, __2022___, by U.S. Mail.

By: *Tammy Barton*
Clerk of the Commission/AM

**COMMISSIONERS**

| Monica Cepero | Libby Farmer | Mario Garza | Dawn Hanson |
| *Fort Lauderdale* | *Tallahassee* | *Lakewood Ranch* | *Tallahassee* |
| **Larry Hart** | **Darrick McGhee** *Chair* | **Kenyetta Mullins Moyé** | **Vivian Myrtetus** |
| *Fort Myers* | *Tallahassee* | *Tallahassee* | *Miami* |
| **Pamela Payne** | **Jay Pichard** | **Angela Primiano** *Vice Chair* | |
| *Jacksonville* | *Tallahassee* | *Hollywood* | |

EXHIBIT C