UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:22-cv-01695-PGB-LHP

GREGORY LANDING,

Plaintiff,

v.

L3 HARRIS TECHNOLOGIES, INC.,

Defendant.

## NOTICE OF MEDIATION CONFERENCE

The Plaintiff, GREGORY LANDING, hereby notifies the Court that the mediation of this case will be held on April 25, 2023, at 10:00 am. Via ZOOM. The undersigned states that the date and time of the mediation have been agreed by Plaintiff's counsel, Defendants' counsel, and Mediator Carlos Burruezo, Esq.

Dated: January 31, 2023.

Respectfully submitted,

**By /s/ Tanesha W Blye**
Tanesha W Blye (FBN: 0738158)
E-mail: tblye@saenzanderson.com
SAENZ & ANDERSON, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using the Florida E-Filing Portal. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the Florida E-Filing Portal or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*By*:*/s/ Tanesha W Blye*

## SERVICE LIST

| | |
|---|---|
| Tanesha W Blye, Esq.<br>E-mail: tblye@saenzanderson.com<br>R. Martin Saenz, Esq.<br>Email: msaenz@saenzanderson.com<br>SAENZ & ANDERSON, PLLC<br>20900 NE 30th Avenue, Ste. 800<br>Aventura, Florida 33180<br>Telephone: (305) 503-5131<br>Facsimile: (888) 270-5549<br>*Counsel for Plaintiff* | Jeffrey E. Mandel, Esq.<br>Florida Bar No.: 613126<br>Email: jmandel@fisherphillips.com<br>Justin W. McConnell<br>Florida Bar No.: 112631<br>Email: jmcconnell@fisherphillips.com<br>FISHER & PHILLIPS LLP<br>200 South Orange Avenue, Suite 1100<br>Orlando, FL 32801<br>Telephone: (407) 541-0850<br>Facsimile: (407) 541-0887<br>*Counsel for Defendant* |