UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No.: 6:22-cv-01695-PGB-LHP

GREGORY LANDING,

Plaintiff,

v.

L3 HARRIS TECHNOLOGIES, INC.,

Defendant.

## NOTICE OF SETTLEMENT

Plaintiff, GREGORY LANDING, notifies this Court that the parties have reached a negotiated resolution of Plaintiff's claims against Defendants in the above referenced matter. To that end, the parties are finalizing the non-monetary terms of their resolution and anticipate filing the appropriate dismissal and/or approval documents with this Court within the next thirty (30) days.

Dated: April 25, 2023.

**By: /s/ Tanesha W. Blye**
Tanesha W. Blye, Esq. (FBN: 738158)
Email: tblye@saenzanderson.com

R. Martin Saenz, Esq. (FBN: 0640166)
Email: msaenz@saenzanderson.com

Saenz & Anderson, PLLC
20900 NE 30th Avenue, Ste. 800
Aventura, Florida 33180
Telephone: (305) 503-5131
Facsimile: (888) 270-5549
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Taking Deposition was furnished by electronic mail to the above-named counsel on April 25, 2023.

By **/s/ Tanesha W. Blye**

## **SERVICE LIST**

Tanesha Blye
Fla. Bar No. 738158
E-mail: tblye@saenzanderson.com
R. Martin Saenz
Fla. Bar No. 640166
E-mail: msaenz@saenzanderson.com
20900 NE 30th Avenue, Suite 800
Aventura, FL 33180
Telephone (305) 503-5131
Facsimile (888) 270-5549
*Counsel for Plaintiff*

Jeffrey E. Mandel, Esq.
Florida Bar No.: 613126
Email: jmandel@fisherphillips.com
Justin W. McConnell
Florida Bar No.: 112631
Email: jmcconnell@fisherphillips.com
FISHER & PHILLIPS LLP
200 South Orange Avenue, Suite 1100
Orlando, FL 32801
Telephone: (407) 541-0850
Facsimile: (407) 541-0887
*Counsel for Defendant*