UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREGORY LANDING,

    Plaintiff,                          Case No.: 6:22-CV-01695-PGB-LHP

v.

L3HARRIS TECHNOLOGIES, INC.,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, GREGORY LANDING, and Defendant, L3HARRIS TECHNOLOGIES, INC., hereby jointly stipulate to the dismissal of this action, with prejudice, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorney's fees and costs.

Dated this 24th day of May, 2023.

| | |
|---|---|
| s/ Tanesha W. Blye | s/ Justin W. McConnell |
| Tanesha W. Blye, Esq. | Jeffrey E. Mandel, Esq. |
| Florida Bar No.: 738158 | Florida Bar No.: 613126 |
| E-mail: tblye@saenzanderson.com | E-mail: jmandel@fisherphillips.com |
| Saenz & Anderson, PLLC | Justin W. McConnell, Esq. |
| 20900 NE 30th Avenue, Suite 800 | Florida Bar No.:112631 |
| Aventura, Florida 33180 | E-mail: jmcconnell@fisherphillips.com |
| Telephone: (305) 503-5131 | FISHER & PHILLIPS LLP |
| Facsimile: (888) 270-5549 | 200 South Orange Avenue, Suite 1100 |
| | Orlando, FL 32801 |
| Counsel for Plaintiff | Telephone: (407) 541-0888 |
| | Facsimile: (407) 541-0887 |
| | |
| | Counsel for Defendant |